Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DANNY CHU, ET AL., <br><br> Defendants. | CASE NO. 4:11-cv-01406-CW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DANNY CHU and ERIC JASON HARAGA individually and d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTAURANT and E18TH GROUP, INC., an unknown business entity d/b/a FARENHEIT ULTRA LOUNGE AND RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants DANNY CHU and ERIC JASON HARAGA, individually and d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTUARANT and E18TH GROUP, INC., an unknown business entity d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTAURANT, that the above-entitled action is hereby dismissed **with prejudice** against DANNY CHU and ERIC JASON HARAGA, individually and d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTAURANT and E18TH GROUP, INC., an unknown business entity d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5  Dated: January 24, 2012

6  LAW OFFICES OF THOMAS P. RILEY, P.C.
   By: Thomas P. Riley
7  Attorneys for Plaintiff
   JOE HAND PROMOTIONS, INC.

8

9

10 Dated: 1/25/2012

11 LAW OFFICE OF MATTHEW PARE
   By: Matthew A. Pare, Esquire
12 Attorney for Defendants DANNY CHU and ERIC JASON
   HARAGA, individually and d/b/a FAHRENHEIT ULTRA.
13 LOUNGE and E18TH GROUP, INC., an unknown business
   entity d/b/a FARENHEIT ULTRA LOUNGE

14

15

16

17

18 IT IS SO ORDERED:

19

20                                                         Dated: 2/21/2012
21 The Honorable Claudia Wilken
   United States District Court
22 Northern District of California

23 ///

24

25 ///

26 ///

27 ///

28

STIPULATION OF DISMISSAL
Case No. 4:11-cv-01406-CW
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 24, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DANNY CHU and ERIC JASON HARAGA, individually and d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTAURANT and E18TH GROUP, INC., an unknown business entity d/b/a FAHRENHEIT ULTRA LOUNGE AND RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Matthew A. Pare, Esquire (Attorney for Defendants)
**LAW OFFICE OF MATTHEW PARE**
33 H Street, Suite 5059
Chula Vista, CA 91910

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 24, 2012, at South Pasadena, California.

Dated: January 24, 2012

ERICA FERNANDEZ